# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF NEW YORK

-----------------------------------------------------------X

RICHARD IPPOLITO,

                Plaintiff,                                  20 **CIVIL** 4806 (MKV)

      -v-                                                **<u>JUDGMENT</u>**

ANDREW SAUL,
Commissioner of Social Security,

                Defendant.

-----------------------------------------------------------X

      It is hereby **ORDERED, ADJUDGED AND DECREED:**  That for the reasons stated in the Court's Order dated March 10, 2022, the Commissioner's motion for judgment on the pleadings is DENIED, Ippolito's motion for judgment on the pleadings is GRANTED, and this case is REMANDED pursuant to sentence four of 42 U.S.C. Section 405(g).

**Dated:**  New York, New York
          March 10, 2022

                                                                  **RUBY J. KRAJICK**

                                                                  **Clerk of Court**

                        **BY:**
                                                             *K. Mango*

                                                               **Deputy Clerk**